**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

BRANCH BANKING AND TRUST
COMPANY,

        Plaintiff,

vs.                                Case No. 6:12-cv-539-Orl-37DAB

ROBERT J. PARKER and JANIS J.
PARKER,

        Defendants.

**ORDER**

This cause is before the Court on the Report and Recommendation (Doc. 45), dated February 22, 2013, of Magistrate Judge David A Baker. The Magistrate Judge recommends that this Court grant Plaintiff's Motion for Summary Judgment against Defendants on all counts set forth in the Amended Complaint and enter judgment in favor of Plaintiff and against Defendants in the amount of $1,847,874.34 plus an additional amount of $368.67 in interest for each day after August 16, 2012. (Doc. 45.) The Court construes Plaintiff's Notice of Intent to File Proposed Final Judgment with Updated Pay-Off Figures (Doc. 46) as an objection to the Report and Recommendation with regard to the Magistrate Judge's determination of damages.

When a party objects to a magistrate judge's findings, the district court must "make a de novo determination of those portions of the report . . . to which objection is made." 28 U.S.C. § 636(b)(1). The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.* The district court must consider the record and factual issues based on the record

independent of the magistrate judge's report. *Ernest S. ex rel. Jeffrey S. v. State Bd. of Educ.*, 896 F.2d 507, 513 (11th Cir. 1990).

As to the objection, the Court will sustain it and permit Plaintiff to provide further support for its claim for damages. The Court therefore will adopt the Magistrate Judge's findings with regard to entry of summary judgment on Plaintiff's claims against Defendants and decline to adopt his findings with regard to the amount of damages. Plaintiff is directed to file a motion for entry of final judgment within 14 days of this order. Plaintiff shall provide all argument and factual matter necessary to support for its claim for damages in such motion. Defendants, if they so choose, may file an opposition to such motion as permitted by the Federal Rules of Civil Procedure and the Local Rules.

Accordingly, it is **ORDERED and ADJUDGED**:

1. Plaintiff's Objection (Doc. 46) is **SUSTAINED**. Magistrate Judge David A. Baker's Report and Recommendation (Doc. 45) is **ADOPTED IN PART** as the opinion of the Court. The Court adopts the Magistrate Judge's Report and Recommendation to the extent discussed in this Order.

2. All pending case management deadlines, hearing dates, and the trial setting are hereby vacated.

3. Plaintiff is directed to file a motion for entry of final judgment as directed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on March 12, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:
Counsel of Record